LANDMARK INVESTMENT GROUP, LLC *v.* CHUNG FAMILY REALTY PARTNERSHIP, LLC

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 678 (AC 31449), is denied.

*Walter A. Twachtman, Jr.*, in support of the petition.

*Christopher Rooney, Anne D. Peterson* and *Kurtis Z. Piantek*, in opposition.

Decided February 17, 2011

BUDDINGTON PARK CONDOMINIUM ASSOCIATION ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF SHELTON ET AL.

The petition by the defendants Carol Farrell and Robert Farrell for certification for appeal from the Appellate Court, 125 Conn. App. 724 (AC 31525), is denied.

*Ian Cole*, in support of the petition.

*Timothy J. Lee*, in opposition.

Decided February 17, 2011